UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| GLYNNIS WAGNER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No.: 4:05-cv-01901-JCH |
| ) | |
| CITY OF PINE LAWN, MISSOURI; ) | |
| PINE LAWN POLICE DEPARTMENT; ) | |
| AND P.O. ADRIAN ROBERTS, ) | |
| ) | |
| Defendants. ) | |

# *DEFENDANT'S COMPLIANCE WITH ORDER RELATING TO TRIAL – DEFENDANT'S PROPOSED TRIAL EXHIBITS*

COMES NOW Defendant, Police Officer Adrian Roberts, by and through counsel, and for his compliance with the Order of Court Relating to Trial, states as follows:

### *IV.   DEFENDANT'S PROPOSED TRIAL EXHIBITS*

As the defendant does not have the burden of proof, the defendant will not make a final determination until the close of plaintiff's evidence whether to offer any exhibits at trial. In the event it is necessary to offer exhibits at trial, defendant may offer the following exhibits:

**EXHIBITS**

   A. Pine Lawn Police Department – Incident Report and related documents for Complaint No. 03-4553, dated October 19, 2003 and October 23, 2003;
   B. Municipal Court documents related to plaintiff's traffic tickets and warrants;
   C. Lieutenant Roberts' response to plaintiff's compliant;
   D. Court file documents;
   E. Plaintiff's medical records from Dr. Frank Ashall/ Bi-State Medical Consultants/Mercy Internal Medicine ("Dr. Ashall");
   F. Plaintiff's medical records from St. John's Mercy Medical Center;
   G. Plaintiff's medical records from St. John's Mercy Sports & Therapy;
   H. Plaintiff's medical records from Dr. Donald Bassman;
   I. Plaintiff's medical records from the Hopewell Center;
   J. Plaintiff's medical records from SLUCare/Dr. William McCullough;

K. Plaintiff's medical records from BJC Behavioral Health;
L. Plaintiff's medical records from Esquire Sports Medicine/William J. Droege, DC;
M. Plaintiff's Medical records from the Grace Hill Neighborhood Health Center;
N. Plaintiff's medical records from Normandy Fire Protection District;
O. Plaintiff's medical records from Missouri Baptist Medical Center;
P. Plaintiff's medical records from Dr. Stephen Schmidt/Pain Management Services;
Q. Plaintiff's medical records from Dr. Manish Suthar/Pain Prevention & Rehabilitation;
R. Dr. Manish Suthar's report dated September 6, 2007;
S. Dr. Manish Suthar's report dated September 11, 2007;
T. Dr. John Wagner's report dated November 6, 2007; and
U. Plaintiff's Social Security Disability File.

In addition, defendant reserves the right to offer any exhibits listed by plaintiff in plaintiff's Pre-Trial Compliance, and to identify additional exhibits in response to plaintiff's Pre-Trial Compliance. Defendant further reserves the right to call any witnesses for the purpose of verifying or identifying or laying the foundation of admitting an exhibit.

/s/ Priscilla F. Gunn
Priscilla F. Gunn   #29729
Federal Registration No. 3294
Jessica A. Bushur   #56418
Federal Registration No. 509710
RABBITT, PITZER & SNODGRASS, P.C.
Attorneys for Defendants
100 South Fourth Street, Suite 400
St. Louis, Missouri 63102-1821
Tel: (314) 421-5545
Fax: (314) 421-3144
Email: gunn@rabbittlaw.com
Email: bushur@rabbittlaw.com

    I hereby certify that a copy of the foregoing was filed electronically with the Clerk of the Court this 18th day of MARCH, 2008 to be served by operation of the Court's electronic filing system upon the following: Preston Humphrey, Jr., Attorney for Plaintiff, 1221 Locust, Suite 504, St. Louis, Missouri 63103 and Donnell Smith, Attorney for Defendants City of Pine Lawn, Missouri and Pine Lawn Police Department, 1945 Woodson Road, St. Louis, MO 63114.

                                          /s/ Priscilla F. Gunn

00403960.DOC;1