# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| **GLYNNIS WAGNER**, | ) |
| **Plaintiff**, | ) |
| v. | ) Case No. 4:05-CV-01901(JCH) |
| **CITY OF PINE LAWN, et al** | ) |
| **Defendants**. | ) |

## PLAINTIFF'S EXHIBIT LIST

COMES NOW, Plaintiff Samuel Aye, by and through counsel, and respectfully submits her Exhibit List pursuant to the Court's Case Management Order.

Plaintiff's Exhibit 1: Photograph of the interior of Plaintiff's residence.

Plaintiff's Exhibit 2: Photograph of area near Plaintiff's file cabinet.

Plaintiff's Exhibit 3: Plaintiff's written complaint to Pine Lawn.

Plaintiff's Exhibit 4: Video of Plaintiff's interview with Craig Cheatham.

Plaintiff's Exhibit 5: Plaintiff's Medical Records and Bills from Dr. Frank Ashall authenticated by affidavit.

Plaintiff's Exhibit 6: Plaintiff's Medical Records and Bills from St. Jonh's Mercy Medical Center authenticated by affidavit.

Plaintiff's Exhibit 7: Plaintiff's Medical Records and Bills from St. Jonh's Mercy Sports & Therapy authenticated by affidavit.

Plaintiff's Exhibit 8: Plaintiff's Medical Records and Bills from Dr. Donald Bassman authenticated by affidavit.

Plaintiff's Exhibit 9: Plaintiff's Medical Records and Bills from SLUCare authenticated by affidavit.

Plaintiff's Exhibit 10: Plaintiff's Medical Records and Bills from Esquire Sports Medicine authenticated by affidavit.

Plaintiff's Exhibit 11: Plaintiff's Medical Records and Bills from Missouri Baptist Medical Center authenticated by affidavit.

Plaintiff's Exhibit 12: Plaintiff's Medical Records and Bills from Dr. Manish Suthar authenticated by affidavit.

Plaintiff reserves the right to present evidence depending upon the evidence offered by the Defendants at trial, including exhibits needed to impeach or rebuff Defendants' testimony or evidence.  Plaintiff further reserves the right to offer any Exhibits listed by Defendant.  Plaintiff also reserves the right to call any witnesses needed for foundation for the admission of any listed Exhibit.

                Respectfully submitted,

By: /s/ Preston Humphrey, Jr.
     Preston Humphrey, Jr. #84982
     Attorney for Plaintiff
     1221 Locust, Suite 504
     St. Louis, MO 63103
     (314) 621-1765
     (314) 621-0020 *facsimile*

CERTIFICATE OF SERVICE

The undersigned certifies that a true and correct copy of the foregoing was filed electronically on the 18th of March, 2008 with the Clerk of the Court to be served by operation of the Court's electronic filing system upon Priscilla Gunn, Attorney for Defendant, 100 South Fourth Street, St. Louis, MO 63102 and all counsel of record.

                /s/ Preston Humphrey, Jr.